HEATHER E. WILLIAMS, #122664
Federal Defender
NOA OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710
Noa_Oren@fd.org

Attorneys for Defendant
MARIA LUISA GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:16-mj-00099-KJN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE PRELIMINARY |
| vs. | ) | EXAMINATION |
| | ) | |
| MARIA LUISA GONZALEZ, | ) | |
| | ) | Date:   June 1, 2016 |
| Defendant. | ) | Time:   2:00 p.m. |
| | ) | Judge: Hon. Carolyn K. Delaney |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, Assistant United States Attorney, Justin Lee, attorney for Plaintiff, and

Assistant Federal Defender, Noa Oren, attorney for Maria Luisa Gonzalez, that:

1. The Complaint in this case was filed on May 17, 2016. Defendant appeared

before Honorable Kendall J. Newman on May 18, 2016.

2. By this stipulation, the parties jointly move to continue the preliminary hearing

date from June 1, 2016, at 2:00 p.m., to June 3, 2016 at 2:00 p.m., before duty

Magistrate Judge Carolyn K. Delaney. The parties stipulate that the delay is

required to continue negotiations toward a non-trial disposition.

3. The parties further agree that good cause exists for the extension of time, and that

the extension of time would not adversely affect the public interest in the prompt

disposition of criminal cases.

1          IT IS SO STIPULATED.

2
                                        Respectfully submitted,
3
                                        HEATHER E. WILLIAMS
4                                       Federal Defender

5
    Date: May 25, 2016                  */s/  Noa Oren*
6
                                        NOA OREN
7                                       Assistant Federal Defender
                                        Attorneys for Defendant
8                                       MARIA LUISA GONZALEZ

9   Date: May 25, 2016                  PHILLIP A. TALBERT
                                        Acting United States Attorney
10
                                        */s/  Justin Lee*
11                                      JUSTIN LEE
                                        Assistant U.S. Attorney
12                                      Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2

    The Court has reviewed and considered the parties' above stipulation.  The Court accepts

3

the stipulation in its entirety and hereby ORDERS that the preliminary hearing be continued

4

from June 1, 2016 to June 3, 2016 at 2:00 p.m., before the duty Magistrate Judge.

5

6

    IT IS SO ORDERED.

7

8

Dated:  May 25, 2016

9

_____

10

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28